**Order entered November 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00693-CR

### JACOBO RAFAEL REYES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 065987

## ORDER

We **REINSTATE** this appeal.

By order dated October 26, 2016, we abated the appeal for a hearing to determine whether appellant was indigent and in need of court-appointed representation. In response, the trial court has filed a supplemental record containing findings from the hearing, including that appellant is not indigent but needs thirty days in which to retain his own attorney. We **ADOPT** the trial court's findings and **GRANT** appellant thirty days in which to retain counsel and make arrangements to pay for the reporter's record.

/s/    ADA BROWN
        JUSTICE